UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHERYL THOMPSON, individually and as administrator of the ESTATE OF ASPEN ROBERTSON, FRANK ROBERTSON, individually and as administrator of the ESTATE OF ASPEN ROBTERSON, and the ESTATE OF ASPEN ROBERTSON,

                        *Plaintiffs*,

-against-

UNITED STATES OF AMERICA, STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF TRANSPORTATION, GILBANE BUILDING COMPANY OF NEW YORK, SMITH-MILLER AND HAWKINSON ARCHITECTS LLP, NORTHLAND ASSOCIATES, INC., RIFENBURG CONSTRUCTION, INC., ABIDE INTERNATIONAL, INC., ABIDE-KASHIA JV2 LLC, ABIDE-KASHIA JV3 LLC, ABIDE KASHIA JV4 LLC,

                        *Defendants*.

**RULE 41(a) STIPULATION OF DISMISSAL**

8:24-cv-1163
8:24-cv-1318
8:24-cv-1334
(GTS/DJS)

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II) IT IS HERBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned actions, including cross claims, are voluntarily dismissed, with prejudice, against the defendant(s) STATE OF NEW YORK and NEW YORK STATE DEPARTMENT OF TRANSPORTATION pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs to Plaintiff and as among each other.

Dated: 2/4, 2025
Marlton, New Jersey

By: /s/ Deborah Dunn
Deborah Dunn, Esq.
Counsel for the Plaintiffs
Stark & Stark, P.C.
40 Lake Center Executive Park
401 Route 73 North
Marlton, NY 08053

Dated: April 7, 2025
New York, New York

By: s/ Scott Laird, Esq.
Scott Laird, Esq.
Andrew L. Magulis, Esq.
Counsel for Defendant and Cross Claimant
Gilbane Building Company
Ropers Majeski PC
800 Third Avenue – 29th Floor
New York, NY 10022

Dated: February 20, 2025
Syracuse, New York

By: s/ Kelly Joseph Pare, Esq.
Elizabeth A. Hoffman, Esq.
Kelly Joseph Pare, Esq.
Counsel for Defendant and Cross Claimant
Northland Associates, Inc.
Costello, Cooney & Fearon, PLLC
211 W. Jefferson Street
Syracuse, NY 13202

Dated: February 5, 2025
Syracuse, New York

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants New York State
and NYSDOT

By:   s/ *Elizabeth Lombardi*
Elizabeth Lombardi, Esq.
Office of the Attorney General
300 S. State Street, Suite 300
Syracuse, New York 13202
Bar Roll No. 520633

Dated: ____April 8____, 2025
Syracuse, New York

SO ORDERED:

Glenn T. Suddaby
U.S. District Judge